

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2018

No. 04-18-00521-CV

**IN THE INTEREST OF V.B., ET AL**.,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017 PA 00747
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 24, 2018.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court